## WOODWARD v GRAY

Ohio Appeals, 1st Dist, Hamilton Co

Decided Jan 23, 1933

Dolle, O'Donnell & Cash, Cincinnati, for plaintiff in error.

August A. Rendig, Jr., Cincinnati, for defendant in error.

For full opinion see 39. OLR 314; 188 NE 304; 46 Oh Ap 177.